Derrick T. HARE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 483, 2015

Supreme Court of Delaware.

Submitted: October 13, 2015
Decided: October 15, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 0507028339

DISMISSED.

Seanne GODWIN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 341, 2015

Supreme Court of Delaware.

Submitted: August 25, 2015
Decided: October 19, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County, Cr. ID 1008014466

AFFIRMED.

Harry W. ANDERSON, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 384, 2015

Supreme Court of Delaware.

Submitted: August 17, 2015
Decided: October 19, 2015
Rehearing En Banc Denied November 2, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 0511001605

AFFIRMED.